**Charles ZOBRISKIE, Claimant/Appellant,**

v.

**MOUNT LEBANON CEMETERY,**
**Employer/Respondent.**

No. 72346.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 23, 1997.

Harry J. Nichols, St. Louis, for claimant/appellant.

J. Bradley Young, St. Louis, for employer/respondent.

Before AHRENS, C.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Claimant, Charles Zobriskie, appeals from the order of the Labor and Industrial Relations Commission which denied him workers' compensation benefits.

We find that the order of the Commission was supported by competent and substantial evidence on the whole record. An opinion would have no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).